RECEIPT #_____
AMOUNT $ 250
SUMMONS ISSUED Y-2
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____5-26-05

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SG COWEN & CO., LLC, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. |
|  | ) |
| TWIN CITY FIRE INSURANCE COMPANY | ) |
| Defendant. | ) |
|  | ) |

05    1106 PBS

MAGISTRATE JUDGE Bowler

## COMPLAINT

Plaintiff, SG Cowen & Co., LLC, formerly known as SG Cowen Securities Corporation ("SG Cowen"), alleges as follows for its Complaint against Defendant Twin City Fire Insurance Company ("Twin City").

## PARTIES

1.     SG Cowen is a limited liability company organized and existing under the laws of Delaware, whose sole member is SG Americas Securities Holdings, Inc. ("Holdings"), a corporation organized under the laws of Delaware. Both SG Cowen and Holdings have their principal places of business in New York, New York. SG Cowen is engaged in the business of providing investment banking and financial services.

2.     Twin City is a corporation duly organized and existing under the laws of Indiana, with its principal place of business in Hartford, Connecticut. Twin City is transacting and licensed to do business in the Commonwealth of Massachusetts.

NY-365671 v1

## SUBJECT MATTER JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity between Plaintiff and Defendant and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

4.      Venue is proper in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §1391(2) because a substantial part of the events giving rise to this claim occurred in this judicial district.

## THE CLAIM

5.      SG Cowen is an insured under Excess Financial Products Insurance Policy No. NDF0130761-00 issued by Twin City (the "Policy").

6.      In addition to the Policy issued by Twin City, SG Cowen maintained various additional policies of primary and excess insurance coverage issued by other insurers (the "Underlying Policy Coverage").

7.      The Policy provides excess coverage when the Underlying Policy Coverage is exhausted.

8.      SG Cowen paid all premiums due to Twin City and has performed all its other obligations under the Policy.

9.      Under the terms of the Policy, Twin City agreed to pay, among other things, losses covered by the Policy. Those losses include amounts paid in settlement of claims covered by the Policy.

10.    SG Cowen was named as a defendant in certain lawsuits filed in this District, including <u>Baker et al. v. KPMG LLP et al.</u>, No. 02-CV-10305-PBS, and <u>Roth et al. v. KPMG LLP et al.</u>, No. 02-CV-10304-PBS (the "Lawsuits"). The Lawsuits alleged various claims against SG Cowen that were covered under the Policy.

11.    In or about March 2005, SG Cowen settled the Lawsuits on terms to which Twin City and the carriers providing the Underlying Policy Coverage had previously agreed and consented.

12.    Under the Policy's terms, and the settlement to which SG Cowen had agreed in reliance upon the consent provided by Twin City, Twin City was required to contribute, no later than April 8, 2005, a substantial portion of the settlement amount. Despite repeated demands, Twin City has failed to pay the full amount due from it under the Policy and the terms of the settlement. As a result of Twin City's failure to pay, SG Cowen was forced to contribute its own money to fund the settlement. An amount in excess of $75,000 remains due and unpaid to SG Cowen under the Policy.

13.    Twin City is liable to SG Cowen for damages in an amount in excess of $75,000.

WHEREFORE, SG Cowen requests that this Court enter judgment in favor of SG Cowen:

(a)    For damages, in an amount to be determined at trial;

(b)    Awarding prejudgment interest at 12%, pursuant to M.G.L. ch. 231 sec. 6C, commencing on April 8, 2005;

(c)    Awarding SG Cowen such other and further relief as the Court may deem just and

proper.

Respectfully submitted,

Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Gerald A. Novack, Esq.
Jessica L. Jiménez, Esq.
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
599 Lexington Ave.
New York, NY 10022
(212) 536-3900

Dated:  May 26, 2005

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)   PLAINTIFFS**
SG Cowen & Co., LLC

**DEFENDANTS**
Twin City Fire Insurance Co.

**(b)**   County of Residence of First Listed Plaintiff   New York, NY
(EXCEPT IN U.S. PLAINTIFF CASES) (principal place of business) Organized Under Delaware Law

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**   Attorney's (Firm Name, Address, and Telephone Number)
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street, Boston, MA  02109-1808  (617) 261-3100

Attorneys (If Known)
Unknown

05 - 11106

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

- ☐ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question (U.S. Government Not a Party)
- ☒ 4   Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN**   (Place an "X" in One Box Only)

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from another district (specify)
- ☐ 6   Multidistrict Litigation
- ☐ 7   Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. 1332 (Diversity)
Brief description of cause:
Breach of an Insurance Contract

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Unspecified damages in excess of $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):
JUDGE   Patti B. Saris
DOCKET NUMBER   02-CV-10305-PBS and 02-CV-10304-PBS

DATE
05/26/2005

SIGNATURE OF ATTORNEY OF RECORD
Wm. Shaw McDermott

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  Title of case (name of first party on each side only)___SG Cowen & Co., LLC v. Twin City Fire Insurance Co.___

    _____

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    ☐   I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐   II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 900.          for patent, trademark or copyright cases

    ☑   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ☐   IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ☐   V.    150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    Roth, et al. v. KPMG LLP, et al., No. 02-CV-10304-PBS

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                                    YES ☐     NO ☑

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                                                                    YES ☐     NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                                    YES ☐     NO ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                                    YES ☐     NO ☑

7.  Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                                    YES ☐     NO ☐

    A.    If yes, in which division do **all** of the non-governmental parties reside?

          Eastern Division ☐          Central Division ☐          Western Division ☐

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

          Eastern Division ☐          Central Division ☐          Western Division ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                                                    YES ☐     NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___Wm. Shaw McDermott and Aimée E. Bierman___

ADDRESS ___Kirkpatrick & Lockhart Nicholson Graham LLP - 75 State Street, Boston, MA  02109-1808___

TELEPHONE NO. ___(617) 261-3100___

(CategoryForm.wpd - 5/2/05)