UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SG COWEN & CO., LLC, )
)
      Plaintiff, )
)
      v. )  C.A. No.
)
TWIN CITY FIRE INSURANCE COMPANY )
)
      Defendant. )
)

05 - 11106 PBS

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF SG COWEN & CO., LLC

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, SG Cowen & Co., LLC hereby discloses that its sole member is SG Americas Securities Holdings, Inc., which is indirectly wholly owned by Société Générale, a public company in France whose shares are not traded on any United States exchange.

Respectfully submitted,
SG COWEN & CO., LLC,

By its attorneys,

*Wm. Shaw McDermott*

Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Gerald A. Novack, Esq.
Jessica L. Jiménez, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 Lexington Ave.
New York, NY 10022
(212) 536-3900

Dated: May 26, 2005

NY-365708 v1