AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

SG Cowen & Co., LLC

**SUMMONS IN A CIVIL ACTION**

V.

Twin City Fire Insurance Co.

CASE NUMBER:

## 05 - 11106 PBS

TO: (Name and address of Defendant)

Twin City Fire Insurance Co.
c/o Legal Department
Division of Insurance
One South Station
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wm. Shaw McDermott and Aimée E. Bierman
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109-1808
Phone: (617) 261-3100
Fax: (617) 261-3175

an answer to the complaint which is served on you with this summons, within    Twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

5-26-05

DATE

(By) DEPUTY CLERK

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/27/05 |
| NAME OF SERVER *(PRINT)* George Hebert | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):     Served two originals upon Carey Luckey, Admin. Assistant for the Massachusetts Division of Insurance.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/27/05      _____
              Date                        Signature of Server

                                      6 Beacon St. , Boston, MA 02215
                                      Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.