UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TWIN CITY FIRE INSURANCE )<br>COMPANY )<br>)<br>Defendants. ) | Civil Action No. 05-CV-11106-PBS |

### ASSENTED TO MOTION FOR ENLARGEMENT OF TIME IN WHICH TO MOVE, RESPOND, OR OTHERWISE PLEAD TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Twin City Fire Insurance Company ("Twin City"), moves this Court for an order enlarging the time within which it may move, respond or otherwise plead to the Complaint to and including June 30, 2005. In support of this assented to motion, Twin City states:

1. On May 26, 2005, the plaintiff, SG Cowen & Co., LLC ("Plaintiff"), filed its Complaint.

2. Twin City seeks to enlarge the time within which it may move, respond or otherwise plead to the Complaint in order to complete its investigation of the allegations in the Complaint and fully address the claims set forth therein.

3. On or about June 3, 2005, counsel for Twin City spoke with Gerald A. Novack, counsel for Plaintiff, and Attorney Novack indicated that Plaintiff consented to this motion for enlargement of time to move, respond, or otherwise plead to the Complaint to and including June 30, 2005.

4.  Neither party will be prejudiced by the relief sought by this motion.

WHEREFORE, Twin City moves this Court for leave to enlarge time within which it may move, respond or otherwise plead to the Complaint to and including June June 30, 2005.

Dated: June 9, 2005

| | |
|---|---|
| SG COWEN & CO., LLC<br>By its attorneys,<br><br>*Aimée E. Bierman (sdm)*<br>Wm. Shaw McDermott (BBO #330860)<br>Aimée E. Bierman (BBO #640385)<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA 02109-1808<br>Tel: (617) 261-3100<br><br>Gerald A. Novack, Esq.<br>Jessica L. Jiménez, Esq.<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 536-3900 | TWIN CITY FIRE INSURANCE<br>COMPANY<br>By its attorneys,<br><br>*Steven D. Morris*<br>John D. Hughes (BBO# 243660)<br>Mary Patricia Cormier (BBO# 635756)<br>Steven D. Morris (BBO# 645093)<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA 02110-1800<br>Tel: (617) 439-4444<br>Fax: (617) 439-4170 |

## CERTIFICATE OF SERVICE

I, Steven D. Morris, hereby certify that on this 9th day of June, 2005, I served a copy of the foregoing document via first class mail, postage prepaid to Wm. Shaw McDermott and Aimee E. Bierman at Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, MA 02109-1808.

*Steven D. Morris*
Steven D. Morris

## RULE 7.1 CERTIFICATE

I, Steven D. Morris, hereby certify that on the 8th day of June, 2005, I conferred with Aimée E. Bierman, counsel for Plaintiff, who assented to this Motion.

_____
Steven D. Morris