UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC,<br><br>         Plaintiffs,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY<br><br>         Defendants. | Civil Action No. 05-CV-11106-PBS |

### NOTICE OF APPEARANCE

Please enter the appearance of John D. Hughes, Mary Patricia Cormier and Steven D. Morris of Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts 02110 as counsel for Defendant, Twin City Fire Insurance Company in the above-referenced proceeding.

_/s/ Steven Morris_
John D. Hughes (BBO# 243660)
Mary Patricia Cormier (BBO# 635756)
Steven D. Morris (BBO# 645093)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: June 15, 2005

### CERTIFICATE OF SERVICE

I, Steven D. Morris, hereby certify that on this 15th day of June, 2005, I served a copy of the foregoing document via first class mail, postage prepaid to Wm. Shaw McDermott and Aimee E. Bierman at Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, MA 02109-1808.

_/s/ Steven Morris_
Steven D. Morris