UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SG COWEN & CO., LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>TWIN CITY FIRE INSURANCE COMPANY<br><br>  Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-11106 PBS<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the plaintiff SG Cowen & Co., LLC by its undersigned counsel, Aimée E. Bierman, hereby applies for an order permitting Gerald A. Novack, Esq., to appear as its counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. I, Aimée E. Bierman, am an associate in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, attorneys for the plaintiff SG Cowen & Co., LLC in the above-captioned matter.

2. I am a member in good standing of the bar of this Court.

3. Under Local Rule 83.5.3, a member in good standing of the bar of any United States district court or the bar of the highest court of any state may appear, by permission of the Court, in any case in this Court upon certificate that: (1) the attorney is a member in good standing in every jurisdiction where the attorney has been admitted to practice; (2) there are no disciplinary proceedings pending against the attorney; and (3) the attorney is familiar with the applicable Local Rules.

- 2 -

4.      As reflected in the Certificate attached as Exhibit A to this Motion, Gerald A. Novack, Esq., meets all of the requirements for *pro hac vice* admission as set forth in Local Rule 83.5.3(b).

WHEREFORE, the undersigned respectfully moves this Court to sign the Order (attached hereto as Exhibit B) granting this Motion for Admission *Pro Hac Vice*.

Respectfully submitted,

 /s/  Aimée E. Bierman
Wm. Shaw McDermott (BBO #330860)
 smcdermott@klng.com
Aimée E. Bierman (BBO #640385)
 abierman@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

Gerald A. Novack, Esq.
 gnovack@klng.com
Jessica L. Jiménez, Esq.
 jjimenez@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Ave.
New York, NY 10022
(212) 536-3900

Dated:  June 23, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC,<br><br>   Plaintiff,<br><br>    v.<br><br>TWIN CITY FIRE INSURANCE COMPANY<br><br>   Defendant. | C.A. No. 05-11106 PBS |

**CERTIFICATE AND AFFIDAVIT OF**
**GOOD STANDING OF GERALD A. NOVACK**

STATE OF NEW YORK )
         ) ss.:
NEW YORK COUNTY )

   Gerald A. Novack, being duly sworn, deposes and certifies that he is a member in good standing of the bar of every jurisdiction wherein he has been admitted, including the following:

  1.  United State Supreme Court

  2.  United States District Court for the Southern District of New York

  3.  United States District Court for the Eastern District of New York

  4.  State of New York

  5.  United States Court of Appeals, Second Circuit

  6.  United States Court of Appeals, Fourth Circuit

  7.  United States Court of Appeals, Sixth Circuit

NY-367833 v1

- 2 -

8. United States Court of Appeals, Seventh Circuit

9. United States Court of Appeals, Federal Circuit

Affiant further says and certifies that there are no disciplinary proceedings pending against him, and that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 21, 2005
New York, NY

*[signature]*
Gerald A. Novack
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022-6030
212.536.3918 (phone)
212.536.3901 (facsimile)

Subscribed and sworn to before
me this 21st day of June 2005

*[signature]*
Notary Public

**DORA LEE EDWARDS**
Notary Public, State of New York
No. 24-4504159
Qualified in Kings County
Commission Expires Dec. 31, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>TWIN CITY FIRE INSURANCE COMPANY<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 05-11106 PBS<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

　　　AND NOW, this ____ day of _____, 2005, upon consideration of the Motion for Admission *Pro Hac Vice* seeking the admission of Attorney Gerald A. Novack of the law firm Kirkpatrick & Lockhart Nicholson Graham LLP, and the Court finding that the Motion should be GRANTED, it is therefore:

　　　ORDERED that Gerald A. Novack shall be, and hereby is, authorized to appear *pro hac vice* in this action.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

BOS-874040 v1 0808285-0902