UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY<br><br>        Defendants. | Civil Action No. 05-CV-11106-PBS |

**SECOND ASSENTED TO MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO MOVE, RESPOND,
OR OTHERWISE PLEAD TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Twin City Fire Insurance Company ("Twin City"), moves this Court for an order enlarging the time within which it may move, respond or otherwise plead to the Complaint to and including August 5, 2005. In support of this assented to motion, Twin City states:

1. On May 26, 2005, the plaintiff, SG Cowen & Co., LLC ("Plaintiff"), filed its Complaint.

2. On June 16, 2005, this Court granted Twin City's first assented to motion for enlargement of time to move, respond, or otherwise plead to the Complaint to and including June 30, 2005.

3. Twin City seeks to further enlarge the time within which it may move, respond or otherwise plead to the Complaint in order to complete its investigation of the allegations in the Complaint and fully address the claims set forth therein.

4. On or about July 23, 2005, counsel for Twin City spoke with Gerald A. Novack, counsel for Plaintiff, and Attorney Novack indicated that Plaintiff consented to this second motion for enlargement of time to move, respond, or otherwise plead to the Complaint to and including August 5, 2005.

5. Neither party will be prejudiced by the relief sought by this motion.

WHEREFORE, Twin City moves this Court for leave to enlarge time within which it may move, respond or otherwise plead to the Complaint to and including August 5, 2005.

Dated: June 29, 2005

SG COWEN & CO., LLC
By its attorneys,

*Aimée E. Bierman (sdm)*
Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
Tel: (617) 261-3100

Gerald A. Novack, Esq.
Jessica L. Jiménez, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-3900

TWIN CITY FIRE INSURANCE
COMPANY
By its attorneys,

*Steven D. Morris*
John D. Hughes (BBO# 243660)
Mary Patricia Cormier (BBO# 635756)
Steven D. Morris (BBO# 645093)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
Tel: (617) 439-4444
Fax: (617) 439-4170

## CERTIFICATE OF SERVICE

I, Steven D. Morris, hereby certify that on this 29th day of June, 2005, I served a copy of the foregoing document via first class mail, postage prepaid to Wm. Shaw McDermott and Aimee E. Bierman at Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, MA 02109-1808.

_____
Steven D. Morris

## RULE 7.1 CERTIFICATE

I, Steven D. Morris, hereby certify that on the 28th day of June, 2005, I conferred with Aimée E. Bierman, counsel for Plaintiff, who assented to this Motion.

_____
Steven D. Morris