## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC, <br><br>   Plaintiff, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY, <br><br>   Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-11106 PBS <br> ) <br> ) <br> ) <br> ) |

### ASSENTED TO MOTION FOR ENLARGEMENT
### OF TIME IN WHICH TO REPLY TO THE COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff SG Cowen & Co., LLC ("SG Cowen"), moves this Court for an order enlarging the time within which it may reply to the Defendant Twin City Fire Insurance Company's Answer and Counterclaim to and including September 9, 2005. In support of this assented to motion, SG Cowen states:

1. On August 5, 2005, the defendant, Twin City Fire Insurance Company ("Defendant") filed its Answer and Counterclaim (the "Counterclaim").

2. SG Cowen seeks to enlarge the time within which it may reply to the Counterclaim in order to complete its investigation of the allegations in the Counterclaim and fully address the claims set forth therein.

3. On or about August 24, 2005, counsel for SG Cowen conferred with Steven D. Morris, counsel for Defendant, and Attorney Morris indicated that Defendant consented to this motion for enlargement of time to reply to the Counterclaim to and including September 9, 2005.

4. Neither party will be prejudiced by the relief sought by this motion.

WHEREFORE, SG Cowen moves this Court for leave to enlarge time within which it may reply to the Counterclaim to and including September 9, 2005.

Dated: August 25, 2005

| SG COWEN & CO, LLC<br>By its attorneys, | TWIN CITY FIRE INSURANCE COMPANY,<br>By its attorneys |
|---|---|
| /s/ Aimée E. Bierman<br>Wm. Shaw McDermott (BBO #330860)<br>Aimée E. Bierman (BBO #640385)<br>   abierman@klng.com<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA  02109-1808<br>(617) 261-3100 | /s/ Steven D. Morris<br>John D. Hughes (BBO #243660)<br>Mary Patricia Cormier (BBO #635756)<br>Steven D. Morris (BBO #645093)<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA  02110-1800<br>(617) 439-4444 |

Gerald A. Novack, Esq.
Jessica L. Jiménez, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, NY  10022
(212) 536-3900

## RULE 7.1 CERTIFICATE

I, Aimée E. Bierman, hereby certify that on the 25th day of August, 2005, I conferred with Steven D. Morris, counsel for Defendant, who assented to this Motion.

/s/ Aimée E. Bierman
Aimée E. Bierman