## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SG COWEN & CO., LLC,    )<br>           Plaintiff,    )<br>                   )<br>                  v.   )<br>                   )<br>TWIN CITY FIRE INSURANCE COMPANY  )<br>           Defendant.   )<br>                   )<br>                   ) | C.A. No. 05-11106 (PBS) |

## REPLY TO COUNTERCLAIM

Plaintiff SG Cowen & Co., LLC, formerly known as SG Cowen Securities Corporation ("SG Cowen"), by its attorneys, Kirkpatrick & Lockhart Nicholson Graham LLP, for its Reply to the Counterclaim of Defendant Twin City Fire Insurance Company ("Twin City") responds as follows:

1.  Admits the factual allegations of paragraph 1 of the Counterclaim, and insofar as paragraph 1 contains conclusions as to law, no answer is required.

2.  As to paragraph 2 of the Counterclaim, which incorporates by reference and restates the allegations set forth in paragraphs 14 through 18 and 22 through 24 of Defendant's Answer, SG Cowen responds as follows:

    a.  Denies each and every allegation set forth in paragraph 14.

    b.  Admits that the parties entered into an Agreement and Conditional Claim Release (the "Agreement and Release") and respectfully refers to the terms of the Agreement and Release for the contents thereof, and denies the remaining allegations set forth in paragraph 15.

   c. Respectfully refers to the terms of the Agreement and Release for the contents thereof, and to the extent that the allegations set forth in paragraph 16 are inconsistent therewith, denies them.

   d. Respectfully refers to the terms of the Agreement and Release for the contents thereof, and to the extent that the allegations set forth in paragraph 17 are inconsistent therewith, denies them.

   e. Denies each and every allegation set forth in paragraph 18.

   f. Respectfully refers to the terms of the Agreement and Release for the contents thereof, and to the extent that the allegations set forth in paragraph 22 are inconsistent therewith, denies them.

   g. Respectfully refers to the terms of the Agreement and Release for the contents thereof, and to the extent that the allegations set forth in paragraph 23 are inconsistent therewith, denies them.

   h. Admits that the Defendant made a payment of $7,500,000 toward the funding of the settlement of the Baker and Bamberg litigation and denies the remainder of the allegations set forth in paragraph 24.

3.   Denies each and every allegation set forth in paragraph 3 of the Counterclaim and further avers that, among other things, the Agreement and Release did not in any way extinguish SG Cowen's right to be paid by Twin City that portion of the settlement amount for the Baker and Bamberg litigation that was not paid by the underlying carriers, whose policies had been exhausted, and which SG Cowen seeks to recover in this action.

4.        Denies each and every allegation set forth in paragraph 4 of the Counterclaim.

WHEREFORE, SG Cowen requests that this Court enter judgment in favor of SG Cowen dismissing the Counterclaim, and awarding SG Cowen such other and further relief as the Court may deem just and proper.

Dated:  September 9, 2005

>                                 Respectfully submitted,
>
>                                  /s/  Aimée E. Bierman
>                                 Wm. Shaw McDermott (BBO #330860)
>                                   smcdermott@klng.com
>                                 Aimée E. Bierman (BBO #640385)
>                                   abierman@klng.com
>                                 KIRKPATRICK & LOCKHART NICHOLSON
>                                 GRAHAM LLP
>                                 75 State Street
>                                 Boston, MA  02109-1808
>                                 (617) 261-3100
>
>                                 Gerald A. Novack, Esq. (admitted *pro hac vice*)
>                                   gnovack@klng.com
>                                 Jessica L. Jiménez, Esq. (admitted *pro hac vice*)
>                                   jjimenez@klng.com
>                                 KIRKPATRICK & LOCKHART NICHOLSON
>                                 GRAHAM LLP
>                                 599 Lexington Ave.
>                                 New York, NY 10022
>                                 (212) 536-3900
>
>                                 Attorneys for Plaintiff and Counterclaim-Defendant