UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 05-11106 (PBS) |

**Local Rule 16.1(D)(3) Certification of SG Cowen & Co., LLC**

SG Cowen & Co., LLC and its counsel hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| SG COWEN & CO., LLC, | COUNSEL FOR SG COWEN & CO., LLC,<br>Kirkpatrick & Lockhart Nicholson Graham LLP |
|---|---|
| By: _____<br>Steven P. Heineman, Esq. | By: _____<br>Aimée E. Bierman, Esq. |

Dated: September 27, 2005

NY-388771 v1