UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>                    Defendant. | CIVIL ACTION NO. 05-11106 (PBS) |

Steven D. Morris, counsel for Defendant, and Christopher Butler, Assistant Vice President of the Hartford Financial Products, the authorized representative of Twin City Fire Insurance Company, certify that Edwards & Angell LLP and Mr. Butler have conferred:

(A)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(B)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: September 28, 2005

                                                                      _____
Steven D. Morris (BBO# 645093)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: September 28, 2005                Twin City Fire Insurance Company

                                                                      _____
Christopher Butler
Assistant Vice President
The Hartford Financial Products
2 Park Ave.
New York, NY 10016
(212) 277-0476