UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SG Cowen & Co., LLC
Plaintiff,

      V.　　　　　　　　　　　　　　　　Civil Action Number
　　　　　　　　　　　　　　　　　　　　05-11106-PBS

Twin City Fire Insurance Co.
Defendant.　　　　　　　　　　　　　October 5, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/31/06 (limited to the release, and breach of release)

Summary Judgment Motion filing deadline: 2/28/06

Opposition to Summary Judgment Motions: 3/31/06

Hearing on Summary Judgment or Pretrial Conference: 4/12/06 at 2:00 p.m.

　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　 /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　Deputy Clerk