UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SG COWEN & CO., LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-11106-PBS |
| v. | ) ) ) | |
| TWIN CITY FIRE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## TWIN CITY FIRE INSURANCE COMPANY'S
## MOTION FOR PROTECTIVE ORDER

Defendant Twin City Fire Insurance Company ("Twin City"), pursuant to

Fed. R. Civ. P. 26(c), for the reasons set forth in the memorandum of law in support of this

motion, moves this Court for an Order that:

     (1)    Fact discovery be limited to the Release and Breach of the Release by Plaintiff SG

Cowen & Co., LLC ("SG Cowen"); and

     (2)    No fact discovery be sought, until further order of the Court, regarding:

          (a)    Any defense costs incurred by SG Cowen or any other Twin City insured;

          (b)    Any reserves established by Twin City; and

          (c)    Any communications which Twin City has had with its reinsurers that

does not specifically reference the Release.

October 26, 2005

TWIN CITY FIRE INSURANCE COMPANY,
By its attorneys,


/s/ Steven D. Morris
John D. Hughes (BBO# 243660)
Mary Patricia Cormier (BBO# 635756)
Steven D. Morris (BBO# 645093)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444


### FED R. CIV. P. 26(c) AND LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Steven D. Morris, hereby certify, pursuant to Fed. R. Civ. P. 26(c) and Local Rule 7.1(a)(2), that I have communicated with counsel for SG Cowen and attempted in good faith to resolve the issues presented in this motion but was unable to do so.


/s/ Steven D. Morris
Steven D. Morris


### CERTIFICATE OF SERVICE

I, Steven D. Morris, hereby certify that on this 26th day of October, 2005, I served a copy of the foregoing document via first class mail, postage prepaid to Wm. Shaw McDermott and Aimee E. Bierman at Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, MA 02109-1808.


/s/ Steven D. Morris
Steven D. Morris

BOS_508875_1.DOC/SMORRIS