UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC, </br></br> Plaintiff, </br></br> v. </br></br> TWIN CITY FIRE INSURANCE COMPANY, </br></br> Defendant. | ) </br> ) </br> ) </br> ) Civil Action No. 05-11106-PBS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that effective November 1, 2005, the firm of Edwards & Angell, LLP has changed its name to **Edwards Angell Palmer & Dodge LLP**.


November 16, 2005

TWIN CITY FIRE INSURANCE COMPANY,
By its attorneys,


/s/ Steven D. Morris
John D. Hughes (BBO# 243660)
Craig E. Stewart (BBO# 480440)
Mary Patricia Cormier (BBO# 635756)
Steven D. Morris (BBO# 645093)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444

## CERTIFICATE OF SERVICE

    I, Steven D. Morris, hereby certify that on this 16th day of November, 2005, I served a copy of the foregoing document via first class mail, postage prepaid to Wm. Shaw McDermott and Aimee E. Bierman at Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, MA 02109-1808.

/s/ Steven D. Morris
Steven D. Morris