UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SG COWEN & CO., LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TWIN CITY FIRE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-11106-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Craig E. Stewart of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199 as counsel for Defendant, Twin City Fire Insurance Company in the above-referenced proceeding.

November 16, 2005

TWIN CITY FIRE INSURANCE COMPANY,
By its attorneys,

/s/ Craig E. Stewart
John D. Hughes (BBO# 243660)
Craig E. Stewart (BBO# 480440)
Mary Patricia Cormier (BBO# 635756)
Steven D. Morris (BBO# 645093)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 439-4444

## CERTIFICATE OF SERVICE

    I, Craig E. Stewart, hereby certify that on this 16th day of November, 2005, I served a copy of the foregoing document via first class mail, postage prepaid to Wm. Shaw McDermott and Aimee E. Bierman at Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, MA 02109-1808.

                                             /s/ Craig E. Stewart
                                             Craig E. Stewart