

**Kirkpatrick & Lockhart Nicholson Graham** LLP

599 Lexington Avenue
New York, NY 10022-6030
212.536.3900
Fax 212.536.3901
www.klng.com

December 7, 2005

Jessica L. Jiménez

212.536.4853
Fax: 212.536.3901
jjimenez@klng.com

**Via Email and First Class Mail**

Steven D. Morris
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110

   Re: <u>SG Cowen & Co., LLC v. Twin City Fire Insurance Company</u>

Dear Steve:

   This letter will confirm that we will not oppose Twin City Fire Insurance Company's Motion for Leave to Amend its Answer and Counterclaim (the "Motion"). On December 2, 2005 when you and I had our Local Rule 7.1(a)(2) conference regarding the Motion, we were not given the opportunity to view the Motion or proposed First Amended Answer and Counterclaim. Now that we have read the papers we have determined that we will not oppose your Motion. Please note that this position is without prejudice and that we are of course reserving the right to contest the assertions in the First Amended Answer and those of the Counterclaim.

           Sincerely,

           Jessica L. Jiménez

cc: Craig E. Stewart
   Gerald A. Novack
   Wm. Shaw McDermott
   Aimée E. Bierman
   Robert Alba

NY-404830 v1
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON