UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SG COWEN & CO., LLC,

      Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

      Defendant.

Civil Action No. 05-cv-11106-PBS

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to this action stipulate that this case be dismissed with prejudice and without costs, each party bearing its own fees and expenses. The parties waive all rights of appeal.

_____
Gerald A. Novack, Esq. (*pro hac vice*)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, NY 10022
Tel. (212) 536-3900

*Attorney for Plaintiff*

_____
Craig E. Stewart (BBO# 480440)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Tel.: (617) 239-0100

*Attorney for Defendant*

Date: March 3, 2006

BOS111 11723291.1